UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMARA STEWART,<br><br>     Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY,<br><br>     Defendant. | Case No.  C20-1011RSM<br><br>ORDER OF DISMISSAL |

  The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

  IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

  In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within thirty (30) days of the date of this order.  Any trial date and pretrial dates previously set are hereby VACATED.

  IT IS SO ORDERED this 17th day of December, 2020.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE